UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-20652-CR-ALTONAGA/Brown

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**MADJIED SAMSOEDIEN** and
**NANCY KARRSENHOUT**,

    Defendants.
_____/

## ORDER

On April 1, 2010, Defendants, Madjied Samsoedien and Nancy Karrsenhout, filed a Motion for New Trial or Evidentiary Hearing Pursuant to Fed. R. Crim. P. 33 Founded on Newly Discovered Evidence ("Motion") [ECF No. 370]. By Order dated April 7, 2010 [ECF No. 372], the Motion was referred to Magistrate Judge Stephen T. Brown for a report and recommendation. Thereafter, and rather than respond to the substantive arguments raised in the Motion, the Government filed a Motion to Dismiss Defendant's [sic] Motion for New Trial for Failure to File Within Three-Year Limitations Period Under Fed. R. Crim. P . 33 ("Motion to Dismiss") [ECF No. 373]. Magistrate Judge Brown entered his Report and Recommendation ("Report") [ECF No. 379] July 13, 2010, recommending that the Government's Motion to Dismiss be granted. Defendants sought and were granted an extension of time, until August 15, 2010, to file objections to the Report (*See* [ECF No. 381]). To date, no objections have been received, and no further extensions have been requested.[1]

---

[1] "Failure to object to the magistrate's factual findings after notice precludes a later attack on these findings." *Lewis v. Smith*, 855 F.2d 736, 738 (11th Cir. 1988) (citing *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. 1982)).

Case No.  05-20652-CR-Altonaga/Brown

The Court has carefully reviewed Judge Brown's Report, the parties' written submissions, and the applicable law, and has conducted a *de novo* review of the record.  Based on that review, the Court is in complete agreement with Magistrate Judge Brown that Defendants' Motion was filed well over three years after the entry of the verdict of guilty, and as such, is untimely under Fed. R. Crim. P. 33(b)(1).  Necessarily, the Court also agrees with the Magistrate Judge that the Government's Motion to Dismiss should be granted.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Report is affirmed and adopted.  The Motion to Dismiss **[ECF No. 373]** is **GRANTED**.  Defendants' Motion for New Trial or Evidentiary Hearing Pursuant to Fed. R. Crim. P. 33 Founded on Newly Discovered Evidence **[ECF No. 370]** is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of August, 2010.

_____<br>
**CECILIA M. ALTONAGA**<br>
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record
      Madjied Samsoedien, *pro se*
      Nancy Karrsenhout, *pro se*